DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY SCOTT WALKER,**
Appellant,

v.

**CENTER STREET LENDING FUND IV SPE, LLC,**
Appellee.

Nos. 4D20-454, 4D20-455, 4D20-2160, and 4D20-2162

[February 25, 2021]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case Nos. CACE16-005839, CACE15-016505, and CACE16-5839.

Gary Barcus, Pembroke Pines, for appellant.

David B. Levin and Spencer D. Leach of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Fort Lauderdale, and Henny L. Shomar of Tripp Scott, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***